UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THADDEUS J. CWYNAR, | ) | Case No. 5:07CV648 |
| | ) | |
| Plaintiff, | ) | **JUDGE SARA LIOI** |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TODD D. MORRIS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

On July 2, 2007, the Court issued an Order requiring plaintiff to show cause in writing why this case should not be dismissed for want of prosecution due to the failure to serve the complaint upon defendants. Plaintiff was given leave until July 13, 2007 to file his written response to the Court's Order.

The time for responding has passed, and plaintiff has failed to file anything with the Court demonstrating why this case should not be dismissed. Indeed, since filing the complaint, plaintiff has failed to take any action to advance his case. Moreover, there is no record before the Court that process has been served upon defendants, and the 120-day time period for perfecting service of process under Fed. R. Civ. P. 4(m) has passed. The Court hereby *sua sponte* **DISMISSES** this action **WITHOUT PREJUDICE** under Rule 4(m) for plaintiff's failure to time serve defendants and under Fed. R. Civ. P. 41(b) for plaintiff's failure to prosecute

his claims.

**IT IS SO ORDERED**

Dated: July 18, 2007 <u>*s/ Sara Lioi*    </u>
Hon. Sara Lioi
United States District Judge

2