UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **THADDEUS J. CWYNAR,** | ) | Case No. 5:07CV648 |
| | ) | |
| Plaintiff, | ) | **JUDGE SARA LIOI** |
| | ) | |
| v. | ) | |
| | ) | **JUDGEMENT ENTRY** |
| **TODD D. MORRIS, ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

    For the reasons set forth in the Order filed contemporaneously with this Judgment Entry, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this case is **DISMISSED WITHOUT PREJUDICE,** pursuant to Fed. R. Civ. P. 4(m) and 41(b), due to plaintiff's failure to timely serve defendants with a copy of the complaint and summons.

    **IT IS SO ORDERED**

Dated: July 18, 2007                *s/ Sara Lioi*
                                 Hon. Sara Lioi
                                 United States District Judge